

# Fourth Court of Appeals
## San Antonio, Texas

March 26, 2014

No. 04-13-00854-CV

**IN THE ESTATE OF MARTHA JANE VALDEZ**, Deceased

From the Probate Court No. 1, Bexar County, Texas
Trial Court No. 2008-PC-3026
The Honorable John D. Hutchinson, Judge Presiding

**ORDER**

In accordance with this court's opinion issued this date, the appeal is DISMISSED for LACK OF JURISDICTION. Costs of the appeal are taxed against appellant Jerry Valdez.

It is so **ORDERED** on March 26, 2014.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 26th day of March, 2014.

_____
Keith E. Hottle, Clerk